

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00028-CV

John Shelby **BRITTINGHAM,**
Appellant

v.

Rodrigo **MIRABENT** Individually and Derivatively on Behalf of Beyond Contact Centers LLC,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-13172
Honorable Michael E. Mery, Judge Presiding

## O R D E R

    The appellees' motion for extension of time to file brief is hereby GRANTED. Time is extended to May 9, 2017.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2017.

_____
Keith E. Hottle
Clerk of Court